FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

No. 1D2025-0063
_____

LATONYA MONTGOMERY,

   Appellant,

   v.

WENDELTA, INC. d/b/a WENDY'S,

   Appellee.

_____

On appeal from the Circuit Court for Washington County.
Timothy Register, Judge.

September 10, 2025


PER CURIAM.

   Latonya Montgomery filed a race and retaliation employment discrimination suit against her former employer, Wendelta, Inc., following her termination. The trial court granted summary judgment in Wendelta's favor, finding that the action was time barred under section 760.11(8)(c), Florida Statutes. But because Montgomery's cause may still accrue under section 760.11(8), we reverse. *See Davis v. Big Bend Hospice, Inc.*, 50 Fla. L. Weekly D1873d (Fla. 1st DCA Aug. 20, 2025).

   REVERSED.

OSTERHAUS, C.J., ROBERTS and WINOKUR, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Ashley N. Richardson and Marie A. Mattox of Mattox Law Firm, Tallahassee, for Appellant.

Julia Maddalena and J. Cole Davis of Hand Arendall Harrison Sale, LLC, Panama City Beach, for Appellee.